No. A–527. KREMENS, HOSPITAL DIRECTOR, ET AL. *v.* BARTLEY ET AL. Application for stay of judgment of the

United States District Court for the Eastern District of Pennsylvania, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, granted.